OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

B/W

OFFICIAL BUSINESS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUL. 08. 2015

7/2/2015        COA Case No. 04-14-00498-CR

ELIAS, BENJAMIN    Tr. Ct. No. 427052      PD-0820-15

On this day, this Court has granted the Appellant's Pro Se motion for an extension of time in which to file the Petition for Discretionary Review. The time to file the petition has been extended to Tuesday, September 01, 2015. NO FURTHER EXTENSIONS WILL BE ENTERTAINED. NOTE: Petition For Discretionary Review must be filed with The Court of Criminal Appeals.

Abel Acosta, Clerk



UTF

BENJAMIN ELIAS
TDC# 819778
WILLACY UNIT
1695 S. BUFFALO DR.